**Form 8**

FORM 8.  Entry of Appearance

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

McRo, Inc. _____ v. _____ Valve Corporation _____

No. 15-1099

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se          [✓] As counsel for:     Valve Corporation _____
                                             Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant

[ ] Appellant   [✓] Appellee   [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name:               Jan P. Weir
Law firm:           K&L Gates LLP
Address:            1 Park Plaza, Twelfth Floor
City, State and ZIP: Irvine, CA  92614
Telephone:          949-253-0900
Fax #:              949-253-0902
E-mail address:     jan.weir@klgates.com

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 07/25/1984 _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

11/5/14 _____          _____
Date                      Signature of pro se or counsel

cc: _____

123

**Form 30**

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on | November 10, 2014 |
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
    (by email or CM/ECF)

| Jan P. Weir | | /s/ Jan P. Weir |
| --- | --- | --- |
| Name of Counsel | | Signature of Counsel |

Law Firm | K&L Gates LLP |

Address | 1 Park Plaza, Twelfth Floor |

City, State, ZIP | Irvine, CA 92614 |

Telephone Number | 949-253-0900 |

FAX Number | 949-253-0902 |

E-mail Address | jan.weir@klgates.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.