NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MCRO, INC., doing business as Planet Blue,**
*Plaintiff – Appellant,*

v.

**VALVE CORPORATION, CODEMASTERS USA GROUP, INC., CODEMASTERS SOFTWARE INC., CODEMASTERS, INC., and THE CODEMASTERS SOFTWARE COMPANY LIMITED,**
*Defendants – Appellees.*

---

2015-1099

---

Appeal from the United States District Court for the Central District of California in No. 8:13-cv-01874-GW-FFM, Judge George H. Wu.

---

ON MOTION

O R D E R

Upon consideration of the Appellant's unopposed motion to extend time to file its principal brief until February 27, 2015,

IT IS ORDERED THAT:

The motion is granted.

                                    FOR THE COURT

December 15, 2014        /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court